# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| **DIANE G.**, | ) |
| | ) |
|     **PLAINTIFF** | ) |
| | ) |
| **v.** | ) |
| | )   **CIVIL NO. 2:19-CV-491-DBH** |
| **ANDREW M. SAUL, COMMISSIONER,** | ) |
| **SOCIAL SECURITY ADMINISTRATION,** | ) |
| | ) |
|     **DEFENDANT** | ) |

## ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On August 14, 2020, the United States Magistrate Judge filed with the court, with copies to counsel, his Report and Recommended Decision. The time within which to file objections expired on August 28, 2020, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The administrative decision is **VACATED** and the matter **REMANDED** for further proceedings.

**SO ORDERED.**

**DATED THIS 2ND DAY OF SEPTEMBER, 2020**

                                                           /S/D. BROCK HORNBY
                                                         **D. BROCK HORNBY**
                                                         **UNITED STATES DISTRICT JUDGE**